| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:   PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3853573 | DATE 11/08/2024 |
|---|---|---|---|---|
| **NAME** TAYLOR, Gary Wayne | | **OFFICER** Marquez F. Harris | **JUDGE** Laurie J. Michelson | **DOCKET #** 17-CR-20791-01 18-CR-20094-01 |

| ORIGINAL SENTENCE DATE 07/11/2018 COMMENCED 12/10/2021 EXPIRATION 12/09/2023 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY II | TOTAL OFFENSE LEVEL 17-CR-20791-1: 26 18-CR-20094-1: 21 | PHOTO |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY** Michael Taylor | | **DEFENSE ATTORNEY** David Tholen | | |

**REPORT PURPOSE**

**TO AMEND THE VIOLATIONS IN THE PETITION FOR WARRANT FILED ON DECEMBER 8, 2023, REVOKE BOND, AND ISSUE A BENCH WARRANT**

**Please note the amended information is underlined**

**ORIGINAL OFFENSE**

**Docket No.: 17-CR-20791-01**

Count 2: 18 U.S.C. § 922(j), Possession of a Stolen Firearm

**Docket No.: 18-CR-20094-01**

Count 1: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), Possession with Intent to Distribute a Quantity of Oxymorphone

**SENTENCE DISPOSITION**

**Docket Number: 17-CR-20791-01**

Custody of the Bureau of Prisons for a total term of 48 months to be followed by a 10-month consecutive term, pursuant to 18 U.S.C. § 3147. This results in a cumulative sentence of 58 months.  Further, this sentence shall be served concurrently to the defendant's sentence imposed under Docket Number 18-CR-20094-01 in the Eastern District of Michigan, to be followed by a two-year term of supervised release which shall be served concurrently to the defendant's term of supervised release imposed under Docket Number 18-CR-20094-01 in the Eastern District of Michigan.

**Docket Number: 18-CR-20094-01**

Custody of the Bureau of Prisons for a term of 41 months to be served concurrently to Docket Number: 17-CR-20791-01, to be followed by a two-year term of supervised release to run concurrently to Docket Number: 17-CR-20791-01.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** <br> **PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** <br> Eastern District of Michigan | PACTS <br> 3853573 | DATE <br> 11/08/2024 |
|---|---|---|---|---|
| NAME <br> TAYLOR, Gary Wayne | OFFICER <br> Marquez F. Harris | JUDGE <br> Laurie J. Michelson | | DOCKET # <br> 17-CR-20791-01 <br> 18-CR-20094-01 |

Modification:  On September 1, 2022, the following special condition was added to TAYLOR's term of supervised release:

> "The defendant will be monitored by the Radio Frequency (RF) component of location monitoring technology for a period of 90 consecutive days, and you must follow the rules and regulations of the location monitoring program. The cost location monitoring is waived."

Modification: On October 25, 2022, the following special conditions were removed/added to TAYLOR's term of supervised release:

**Remove:**  "The defendant will be monitored by the Radio Frequency (RF) component of location monitoring technology for a period of 90 consecutive days, and you must follow the rules and regulations of the location monitoring program. The cost location monitoring is waived."

**Add:** "The defendant will be monitored by the Global Positioning Satellite (GPS) component of location monitoring technology for a period of 43 consecutive days, and you must follow the rules and regulations of the location monitoring program. The cost of location monitoring is waived."

Violation Hearing:  On 08/31/2023, TAYLOR found guilty of violating conditions reported in Counts 1 and 2 of the violation petition. The Court continued supervision for TAYLOR with all original conditions still in effect, with Zero Tolerance towards any noncompliance.

ORIGINAL SPECIAL CONDITIONS

**Docket Number: 17-CR-20791-01**

1. The defendant shall be lawfully and gainfully employed on a full-time basis, or shall be seeking such lawful, gainful employment on a full-time basis. "Full-time" is defined as 40 hours a week. In the event that the defendant has part-time employment, he shall devote the balance of such 40 hours per week to his efforts of seeking additional employment.
2. The defendant shall participate in a program approved by the probation department for mental health counseling, if necessary.
3. The defendant shall take all medications as prescribed by a physician whose care he is under, including a psychiatrist, in the dosages and at the times proposed. If the defendant is prescribed a medication, he shall take it, and the defendant shall not discontinue medications against medical advice.
4. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
5. The defendant shall not use or possess alcohol in any consumable form, nor shall the defendant be in the social company of any person whom the defendant knows to be in possession of alcohol or illegal drugs or illegal drugs or visibly affected by them. The defendant shall not be found at any place that serves alcohol for consumption on the premises, with the exception of restaurants.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 3853573 | **DATE** 11/08/2024 |
|---|---|---|---|---|
| **NAME** TAYLOR, Gary Wayne | | **OFFICER** Marquez F. Harris | **JUDGE** Laurie J. Michelson | **DOCKET #** 17-CR-20791-01 18-CR-20094-01 |

Criminal Monetary Penalty: Special Assessment $100.00 (balance $100.00).

**Docket Number 18-CR-20094-01**

1. The defendant shall be lawfully and gainfully employed on a full-time basis, or shall be seeking such lawful, gainful employment on a full-time basis. "Full-time" is defined as 40 hours a week. In the event that the defendant has part-time employment, he/she shall devote the balance of such 40 hours per week to his/her efforts of seeking additional employment.
2. If necessary, the defendant shall participate in a program approved by the probation department for mental health counseling.
3. The defendant shall take all medications as prescribed by a physician whose care he is under, including a psychiatrist, in the dosages and at the times proposed. If the defendant is prescribed a medication, he shall take it, and the defendant shall not discontinue medications against medical advice.
4. If necessary, the defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs of alcohol.
5. The defendant shall not use or possess alcohol in any consumable form, nor shall the defendant be in the social company of any person whom the defendant knows to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.

Criminal Monetary Penalty: Special Assessment $100.00 (Paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br>On April 17, 2023, officers from the Royal Oak Police Department observed what appeared to be a drug transition taking place in a parking lot of a Mobil Gas Station in Royal Oak, Michigan. According to the incident report, officers observed a white Dodge Durango from the apparent drug transition exit the parking lot of the gas station. Officers initiated a traffic stop and made contact with the driver and only occupant, TAYLOR. He informed officers he had just left the gas station and purchased tools from the occupant of the other vehicle from the gas station parking lot. While talking to TAYLOR, officers observed him to have blood shot, wide-open alert eyes at times and at other times during the conversation he appeared drowsy. Officers also observed a prescription bottle in the center cupholder which contained a liquid (later determined to be liquid codeine). TAYLOR was asked if he had drunk anything, and he stated he had not. Following their |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3853573 | DATE 11/08/2024 |
|---|---|---|---|---|
| **NAME** TAYLOR, Gary Wayne | | **OFFICER** Marquez F. Harris | **JUDGE** Laurie J. Michelson | **DOCKET #** 17-CR-20791-01 18-CR-20094-01 |

| | |
|---|---|
| | investigation, the officers ultimately arrested TAYLOR for Operating Under the Influence of Drugs. A search of the vehicle that TAYLOR was operating was conducted following his arrest. Officers discovered an empty bottle of cough syrup (containing codeine), one box (20 total rounds) of .40 caliber ammunition, one box (20 total rounds) of .45 caliber ammunition, and a full bottle of cough syrup in the center console of the vehicle. They also located 57.73 grams of crystal methamphetamines, 5.95 grams of crack cocaine, 38.17 of powder cocaine, 27.14 of analogs, totaling 128.99 grams of controlled substances.<br><br>On October 21, 2024, TAYLOR appeared in the 44th District Court (Royal Oak, Michigan) for his arraignment hearing. TYALOR was charged with Controlled Substance, Delivery/Manufacturing less than 50 grams, Operating Under the Influence (OUI)- Alcohol, Weapons Possession of Ammunition by Felon, Controlled Substance- Cocaine Possession, and Controlled Substance- Delivery/Manufacturing (Non-Narcotic).<br><br>On October 30, 2024, TAYLOR appeared before Judge Nancy J. Grant in the Sixth Circuit Court (Oakland County, Michigan) due to the above case being bound over. TAYLOR bond was set at $12,500.00 cash surety. TAYLOR's pretrial hearing in Circuit Court has been set for December 4, 2024. |
| 2 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."<br><br>On October 10th, 2024, Eastpointe Police Department (Eastpointe, Michigan) officers conducted a traffic stop on a Dodge Durango, following a license plate inquiry that revealed the vehicle was stolen from Detroit Metropolitan Wayne County Airport (DTW). According to the incident report, officers gave TAYLOR, who was the driver, commands to turn the car off and put both hands out of the vehicle. Initially, TAYLOR did not comply, but eventually did so and stepped out of the vehicle. At that time, officers observed a large sum of money in TAYLOR's front pocket. While officers were handcuffing TAYLOR, one of the officers observed a large pile of a white powdery substance underneath TAYLOR and covering his hands. A field test was conducted on the white powdery substance and test results indicated a positive result for cocaine. Following the field test, officers recovered four unused sandwich baggies, four bridge cards belonging to other people, five grams of suspected cocaine, an open container of liquor, a small scale, and two bottles of lemon juice (often used to cut fentanyl) from the vehicle being driven by TAYLOR.  In addition, $1,528.00 in U.S. currency was recovered from TAYLOR's person. TAYLOR was placed under arrest for Controlled Substance-Delivered/Manufacturing (Narcotics) less than 50 grams and Stolen Property- Receiving and Concealing, Motor Vehicle.<br><br>On October 11, 2024, TAYLOR appeared in the 38th District Court (Eastpointe, Michigan), under docket number 2024-24-583-FY for his arraignment hearing. TAYLOR was charged with Controlled Substance-Second Offense Notice Double Penalty. TAYLOR bond was set at |

| PROB 12C<br>(Rev. 08/18) | **AMENDED VIOLATION REPORT**<br>**PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>3853573 | DATE<br>11/08/2024 |
|---|---|---|---|---|
| NAME<br>TAYLOR, Gary Wayne | OFFICER<br>Marquez F. Harris | JUDGE<br>Laurie J. Michelson | | DOCKET #<br>17-CR-20791-01<br>18-CR-20094-01 |

|   |   |   |
|---|---|---|
|   |   | $20,000.00, cash surety, or 10%. On November 19, 2024, TAYLOR is scheduled for his probable cause hearing in the 38th District Court.  TAYLOR remains incarcerated at the Oakland County Jail in Pontiac, Michigan. |
|   | 3 | **Violation of Mandatory Condition**: "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."<br><br>On November 11, 2023, Warren Police Department (Warren, Michigan) officers conducted a traffic stop of a silver 2023 Jeep Gladiator being driven by TAYLOR. According to the incident report, officers requested TAYLOR, the sole occupant in the vehicle, for his driver license. After multiple failed attempts to locate his driver license in his wallet, TAYLOR was ordered to step out of the vehicle due to not having a license. TAYLOR continued to disregard the officer's orders to step out of the vehicle.  As a result, officers advised TAYLOR he was under arrest, at which point TAYLOR began to argue and refused to comply with orders. As officers reached into his vehicle to unlock the door, TAYLOR floored his gas pedal in a failed attempt to flee the scene. TAYLOR was removed from the vehicle and continued to resist being arrested. Officers had to deploy a department-issued taser to arrest TAYLOR. TAYLOR was placed arrest for resisting officers and detained without incident.  A search of his person following the arrest revealed several baggies of suspected controlled substances.<br><br>On November 13, 2023, TAYLOR appeared before Judge John M. Chmura of the 37th District Court (Warren, Michigan), under docket number W-235390 for his arraignment hearing. TAYLOR was charged with Obstructing Police, Traffic Offense (Driving While License Suspended), and Dangerous Drugs. TAYLOR was released on a $100,000.00 cash surety bond. An examination hearing has  been scheduled for November 12, 2024, before Judge Michael C. Chupa of the 37th District Court. |
|   | 4 | **Violation of Mandatory Condition:** "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE."<br><br>On November 11, 2023, following TAYLOR's removal from the vehicle during the traffic stop, officers proceeded to conduct a search his person. Officers initially removed a large baggie from inside of TAYLOR's underwear. Inside the baggie, the officer observed multiple small, knotted baggies containing a white powder, suspected to be cocaine. After further inspections of the baggies, other suspected illicit drugs and controlled substances were discovered. These substances included methamphetamine (crystal form), crack cocaine, and Xanax pills. In total, three cellphones, $1,095.00 in United States currency, two baggies of cocaine, one baggie of crack cocaine, one baggie of methamphetamine, and the four Xanax pills were recovered. |
|   | 5 | **Violation of Special Condition:** "THE DEFENDANT SHALL BE LAWFULLY AND |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3853573 | DATE 11/08/2024 |
|---|---|---|---|---|
| **NAME** TAYLOR, Gary Wayne | | **OFFICER** Marquez F. Harris | **JUDGE** Laurie J. Michelson | **DOCKET #** 17-CR-20791-01 18-CR-20094-01 |

GAINFULLY EMPLOYED ON A FULL-TIME BASIS, OR SHALL BE SEEKING SUCH LAWFUL, GAINFUL EMPLOYMENT ON A FULL-TIME BASIS. "FULL-TIME" IS DEFINED AS 40 HOURS A WEEK. IN THE EVENT THAT THE DEFENDANT HAS PART-TIME EMPLOYMENT, HE SHALL DEVOTE THE BALANCE OF SUCH 40 HOURS PER WEEK TO HIS EFFORTS OF SEEKING ADDITIONAL EMPLOYMENT."

On October 6, 2023, TAYLOR informed this writer, he was no longer able to drive for his transportation company, Taylor's Way Transportation LLC., due to having his license being suspended. This writer referred TAYLOR to a full-time job opportunity, which he failed to follow-up with. TAYLOR was unemployed at the time of the above arrest.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Marquez F. Harris (313) 234-5430 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Matthew A. Romeo (989) 894-8829 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]   The above updated information as an Amendment to the Warrant Petition issued on December 8, 2023, revoke bond and the issuance of a bench warrant to be lodged as a detainer with Oakland County Jail in Pontiac, Michigan.

[ ]   Other

s/Laurie J. Michelson
United States District Judge

11/8/2024
Date

Page **6** of **6**